IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 1:14-cv-05240 |
| | Judge Harry D. Leinenweber |
| JOHN DOE, subscriber assigned IP address 71.201.129.206, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 71.201.129.206. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 3, 2014

Respectfully submitted,

By: /s/ *Mary K. Schulz*
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
Phone: 224-535-9510
Email: SchulzLaw@me.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                           By: /s/ *Mary K. Schulz*
                                                              Mary K. Schulz